IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Elizabeth Motz                                  Case NO. 09-13092

## APPLICATION TO SELL AT PRIVATE SALE

COMES NOW, Alex B. Gates, the duly appointed qualified and acting Trustee in the above styled and numbered cause, who would respectfully state and show unto this Court the following, to-wit:

1.

That part of the assets of this estate coming into the constructive possession of the Trustee consists of certain real property described as Lots 1, 2, 3, and 4, Stonebridge Subdivision, Desoto County, Mississippi.

2.

That your Trustee would represent to this Court that an offer has been received for this property from Jerry and Sue Killough, in the amount of $35,000.00, cash; and an offer has been received for Lots 3 and 4, only, from Shirley Agner, in the amount of $10,000.00, cash.

3.

That your Trustee believes, and so represents to this Court, that the offer received from Jerry and Sue Killough is fair and reasonable and that it would be to the best interest

to creditors in this matter to sell the above described property to Jerry and Sue Killough, for the amount of Thirty-five Thousand ($35,000.00) and no/100 dollars, cash.

WHEREFORE, PREMISE CONSIDERED, Applicant prays that this Court set a time, date and place for the hearing of this matter and that after "Notice and Hearing" your Trustee be authorized, empowered, and directed to sell and convey to Jerry and Sue Killough, the property described hereinabove for the total amount of $35,000.00, cash. That liens, if any, attach to the proceeds of this sale.

The Trustee further requests that he be authorized to execute such deeds and/or documents necessary to complete this sale.

**RESPECTFULLY SUBMITTED** on this the _____ day of October, 2011.

_____
ALEX B. GATES, TRUSTEE
P. O. BOX 216
118 NORTH COURT SQUARE
SUMNER, MS 38957

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Elizabeth Motz                                             Case No. 09-13092

## ORDER AUTHORIZING TRUSTEE TO SELL AT PRIVATE SALE

THIS CAUSE having come on to be heard upon the Application to Sell at Private Sale filed by Alex B. Gates, the duly appointed qualified and acting Trustee in the above styled and numbered cause, and this Court having considered said Application hereby finds as follows, to-wit:

1.

That part of the assets of this estate coming into the constructive possession of the Trustee consists of certain real property described as Lots 1, 2, 3, and 4, Stonebridge Subdivision, Desoto County, Mississippi.

2.

That an offer has been received for this property from Jerry and Sue Killough in the amount of $35,000.00, cash; and an offer has been received for Lots 3 and 4, only, from Shirley Agner, in the amount of $10,000.00, cash.

3.

That this Court finds the offer received from Jerry and Sue Killough to be fair and reasonable and that it would be to the best interest to creditors in this matter to sell the above described property to Jerry and Sue Killough for the amount of Thirty-five Thousand and no/100 ($35,000.00) Dollars, cash.

5.

That proper notice was given to all parties in this matter and that the time for filing objections has passed and no objections or responses were filed with this Court nor lodged with the Trustee.

NOW THEREFORE, be it ordered, adjudged and decreed that Alex B. Gates, as Trustee, is hereby authorized, empowered, and directed to sell and convey to Jerry and Sue Killough, the property described hereinabove for the total amount of $35,000.00, cash, and that liens, if any, attach to the proceeds of this sale.

Be it further ordered, adjudged, and decreed that Alex B. Gates, as Trustee, is hereby authorized, empowered, and directed to execute such deeds and/or other documents as may be necessary to complete this sale.

**ORDERED, ADJUDGED, and DECREED** on this the ____ day of _____, 2011.

_____
**BANKRUPTCY JUDGE**